**GORDON v. NORTHWEST AUTO AUCTION**

[328 N.C. 268 (1991)]

JAMES GORDON, T/A G & G UNLIMITED, AND G & G UNLIMITED, INC. v. NORTHWEST AUTO AUCTION, INC.

·  No. 63A90

(Filed 7 February 1991)

ON appeal of the decision of the Court of Appeals, 97 N.C. App. 88, 387 S.E.2d 227 (1990), vacating a judgment by *Huffman, J.*, in the District Court, RICHMOND County on 20 February 1990, *nunc pro tunc* 13 October 1988 and remanding. Heard in the Supreme Court 11 December 1990.

*Sharpe & Buckner, by Richard G. Buckner, for plaintiff appellee and cross-appellant.*

*Weinstein & Sturges, P.A., by William H. Sturges and L. Holmes Eleazer, Jr., for defendant appellant.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion of Greene, J.

Reversed.